IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FELICIA NICOLE JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-12-1909 |
| | § | |
| PLUS 4 CREDIT UNION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION

The court has conducted a <u>de novo</u> review of the Magistrate Judge's Amended Memorandum and Recommendation along with all documents filed in response thereto. The court concludes that the Amended Memorandum and Recommendation should be adopted.

Accordingly, the Amended Memorandum and Recommendation is **ADOPTED**. This case will be dismissed in a separate order for failure to state a claim upon which relief can be granted. Plaintiff's Motions for Judgment as a Matter of Law (Docket Entry Nos. 14 and 15) and plaintiff's Motion for Leave to File Docket (Docket Entry No. 16) are **DENIED**. The Clerk will send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, on this 30th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE