IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FELICIA NICOLE JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-12-1909 |
| § | |
| PLUS 4 CREDIT UNION, § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

In conformity with the Amended Memorandum and Recommendation (Docket Entry No. 29) and the Order Adopting Amended Memorandum and Recommendation entered this date, this action is **DISMISSED** for failure to state a claim upon which relief can be granted.

**SIGNED** at Houston, Texas, on this 30th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE